February 12, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

JAMES EDWARD SIMONS, Appellant

NO. 14-12-00301-CV                    V.

MONTSERRAT MONROY, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, MONTSERRAT MONROY, signed February 27, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, JAMES EDWARD SIMONS, to pay all costs incurred in this appeal. We further order this decision certified below for observance.